Motion to supplement the record is granted.

■ The People of the State of New York, Respondent, v Jose Mercado, Appellant. [998 NYS2d 880]—

Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered May 24, 2011, as amended June 3, 2011, convicting defendant, upon his plea of guilty, of robbery in the first degree as a sexually motivated felony (three counts), robbery in the first degree (two counts), robbery in the second degree as a sexually motivated felony, and sexual abuse in the first degree (four counts), and sentencing him to an aggregate term of 12 years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination. Since we are ordering a new sentencing proceeding, we find it unnecessary to address defendant's other arguments (*see e.g. People v Smith*, 113 AD3d 453 [1st Dept 2014]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, DeGrasse and Manzanet-Daniels, JJ.